# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLIS RUBEN AUGUSTUS HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>AVENAL STATE PRISON, *et al.*,<br><br>Defendants. | Case No.  1:24-cv-01337-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 13) |

Plaintiff Karlis Ruben Augustus Howard ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

On November 19, 2025, a global settlement was reached, including this action. (ECF No. 12.) Currently before the Court is a request for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), signed by Plaintiff on November 21, 2025. (ECF No. 13.)

"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Id.* at 1078.  No defendant has

been served in this action and no defendant has filed an answer or motion for summary judgment.

Accordingly, this action is terminated, without prejudice, by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**December 8, 2025**__                     /s/ Barbara A. McAuliffe
                                                                    UNITED STATES MAGISTRATE JUDGE

2